GERALD W. *v.* COMMISSIONER OF CORRECTION
(AC 31897)

Beach, Alvord and Dupont, Js.

Argued November 8, 2011—officially released January 24, 2012

Per Curiam. The appeal is dismissed.

STATE OF CONNECTICUT *v.* DAVID L. ESSENFELD
(AC 32570)

DiPentima, C. J., and Lavine and Beach, Js.

Argued January 4—officially released January 24, 2012

Per Curiam. The judgment is affirmed.

STATE OF CONNECTICUT *v.* TODD WATSON
(AC 32756)

Gruendel, Robinson and Bear, Js.

Argued January 6—officially released January 24, 2012

Per Curiam. The judgment is affirmed.